**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DENNIS WARE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cause No.:** 4:26-cv-797 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **COSTCO WHOLESALE** | ) | |
| **CORPORATION** *d/b/a* **COSTCO** | ) | |
| **WHOLESALE #368,** | ) | |
| **Serve: CT Corporation System** | ) | |
|     **5661 Telegraph Rd., Ste 4B** | ) | |
|     **St. Louis, MO 63129** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF FILING

COMES NOW Defendant Costco Wholesale Corporation ("Costco"), by and though counsel, pursuant to 28 U.S.C. §§ 1332, 1411 and 1446, and respectfully represents to the Court as follows for its Notice of Removal:

1.      Plaintiff filed the present action in the Circuit Court of St. Louis County, Missouri on February 26, 2026, claiming personal injury as a result of an alleged incident in a Costco store in St. Louis County, Missouri on or about March 26, 2021. *See Plaintiff's Petition.* As a result of said incident, Plaintiff claims to have sustained injuries to his face, bilateral shoulders, left knee, bilateral shins, and bilateral feet. *See Plaintiff's Petition, ¶6.*

2.      Plaintiff is a Missouri resident. *See Plaintiff's Petition, ¶1.*

3.      Defendant Costco was incorporated in the State of Washington with its principal place of business in the State of Washington.

4.      Plaintiff has produced medical bills to Defendant totaling over $150,000. As such, the minimum amount in controversy is met in this case.

5.     Because there is complete jurisdiction amongst the parties and this case presents an amount in controversy greater than $75,000, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332, and this case is properly removable to federal court pursuant to 28 U.S.C. §§ 1332(a) and 1441.

6.     Removal in this case is timely under 28 U.S.C. § 1446(b)(3) as this Notice of Removal is being filed on May 20, 2026, which is within 30 days after Defendant's receipt of Plaintiff's medical records and bills on April 21, 2026, which was when Defendant was able to first ascertain that this case was removable.

7.     This case was commenced in the Circuit Court for the Twenty First Judicial Circuit, St. Louis County, Missouri, which is in the Court's district. Therefore, this action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

8.     A true and correct copy of all process and pleadings entered into the state court of record in this action are attached to the Notice of Removal and incorporated by reference herein. They include:

a.     State Court's Docket Sheet

b.     Petition for Damages

c.     Request for Appointment of Process Server

d.     Summons to Defendant Costco Wholesale Corporation

e.     Affidavit of Special Process Server

f.     Entry of Appearance of Andrew T. Drazen on behalf of Plaintiff

g.     Entry of Appearance of Jennifer L. Woulfe on behalf of Defendant Costco Wholesale Corporation

h.     Answer to Plaintiff's Petition

i.   Certificate of Service for Requests for Admissions directed to Plaintiff

j.   Entry of Appearance of John P. Kemppainen on behalf of Defendant Costco Wholesale Corporation

k.   Entry of Appearance of Allison E. Thompson on behalf of Defendant Costco Wholesale Corporation

l.   Plaintiff's Response to Affirmative Defenses

m.   Defendant Costco's Motion for Entry of Protective Order

n.   Plaintiff's Certificate of Service for Discovery Requests

o.   Stipulated Confidentiality and Protective Order

p.   Plaintiff's Certificate of Service for Requests for Admissions to Defendant

9.    Defendant Costco is providing written notice of this removal to Plaintiff and to the Circuit Court for the Twenty First Judicial Circuit, St. Louis County, Missouri, by filing a Notice of Removal, together with copies of this Notice of Removal, in that Court.

10.    Defendant Costco's counsel is authorized to practice law in the State of Missouri and in the United State District Court for the Eastern District of Missouri.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, P.C.**

 */s/ Jennifer L. Woulfe*
John P. Kemppainen, Jr. #42461MO
Jennifer L. Woulfe, #64252MO
Allison E. Thompson, #75982MO
222 S. Central Avenue, Suite 1110
St. Louis, Missouri 63105
Telephone: (314) 725-0525
Facsimile: (314) 725-7150
jkemppainen@gallowaylawfirm.com
jwoulfe@gallowaylawfirm.com
allison.thompson@gallowaylawfirm.com
*Attorneys for Costco Wholesale Corporation*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was filed and served via the Court's CM/ECF system and sent via email this 20th day of **May, 2026** upon:

Andy Drazen
Goldblatt + Singer
8182 Maryland Ave., Ste. 801
St. Louis, MO 63105
adrazen@stlinjurylaw.com
*Attorney for Plaintiff*

/s/    Jennifer L. Woulfe